DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ANDRELYN SALISE OSTREA
21 PACIFIC BAY CIRCLE, #103
SAN BRUNO, CA 94066

Debtor(s)

Chapter 13
Case No:  22-30385 DM
Date:     February 15, 2023
Time:     10:10 AM
Ctrm:     TELEPHONE / VIDEO

# MOTION OF CHAPTER 13 TRUSTEE, DAVID BURCHARD, TO DISMISS CASE PRIOR TO CONFIRMATION

TO: THE ABOVE-NAMED DEBTOR(S) AND TO DEBTOR(S)' ATTORNEY OF RECORD HEREIN:

The Chapter 13 Trustee, DAVID BURCHARD, moves the Court for an order, dismissing this case for cause(s) for the reasons set forth below.

1. This Court has jurisdiction over this matter pursuant to Federal Rules of Bankruptcy Procedure 9013 and 9014, and Bankruptcy Local Rules 9013-1 and 9014-1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A).

2. This Motion is based upon all documents and records on file, together with this Motion, Declaration and any such additional documents, records and evidence which may be presented.

3. Debtor(s) filed for bankruptcy under Chapter 13 on 07/29/2022.

4. This motion for dismissal is made for cause pursuant to:

11 U.S.C. § 1307(c)(1) as there is unreasonable delay that is prejudicial to creditors.

5. The cause to dismiss this case exists as it is in the best interests of creditors and the bankruptcy estate. The Trustee therefore requests the Court enter an order dismissing this case.

If you wish to oppose dismissal of this Chapter 13 case, you or your attorney must file a timely opposition to this motion no later than fourteen (14) days before the hearing set forth in the accompanying Notice of Motion. You or your attorney must also appear at the hearing date listed in the notice and present argument in opposition to this motion.

DATED:   January 11, 2023                          DAVID BURCHARD
                                                   DAVID BURCHARD, Chapter 13 Trustee

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

ANDRELYN SALISE OSTREA
21 PACIFIC BAY CIRCLE, #103
SAN BRUNO, CA 94066

Debtor(s)

Chapter 13
Case No:  22-30385 DM
Date:     February 15, 2023
Time:     10:10 AM
Ctrm:     TELEPHONE / VIDEO

## DECLARATION IN SUPPORT OF CHAPTER 13 TRUSTEE, DAVID BURCHARD'S, MOTION TO DISMISS CASE PRIOR TO CONFIRMATION

I am the custodian and/or keeper of the business records referenced herein and, as such, I am qualified to certify the authenticity thereof.  Additionally, I have personal knowledge of the matters stated in the Declaration.  If called upon as a witness, I could and would competently testify to the facts contained herein.

After reviewing the books, records and files of the above-referenced Debtor(s), I make the following Declarations:

1. Debtor(s) filed the instant bankruptcy petition on 07/29/2022.  There is unreasonable delay towards plan confirmation that is prejudicial to creditors.

2. As of the date hereof, the following fact(s) exists as cause for dismissal:

|   | |
|---|---|
| ____ | Failure to make required payments to the Trustee. $ _____ is in default under Ch. 13 Plan. |
| ____ | Failure to attend Section 341 Meeting of Creditors scheduled on |
| X | Failure to respond to Trustee's requests – see attachment "A". |

    I declare under penalty of perjury that the foregoing is true and correct and that this Declaration was executed on January 11, 2023 in Foster City, California.

Dated:  January 11, 2023
                                                               DAVID BURCHARD
                                                               DAVID BURCHARD, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 1065 E. Hillsdale Blvd., Suite #200, Foster City, CA. On the date set forth below, I served a true and correct copy of the **Motion of Chapter 13 Trustee, David Burchard, to Dismiss Case Prior to Confirmation, the Declaration in Support of Chapter 13 Trustee, David Burchard's Motion to Dismiss Case Prior to Confirmation** and this **Certificate of Service**, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    ANDRELYN SALISE OSTREA
    21 PACIFIC BAY CIRCLE, #103
    SAN BRUNO, CA 94066

The following recipients have been served via Court's Notice of Electronic Filing:

    MICHAEL G COMFORT
    mcomfort@comfortlawoffice.com

Dated:    January 11, 2023                     ROSA GARCIA
                                                                     ROSA GARCIA

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   ANDRELYN SALISE OSTREA
   21 PACIFIC BAY CIRCLE, #103
   SAN BRUNO, CA 94066

Case No.: 22-30385 DM
Chapter 13

**ATTACHMENT "A"**

Debtor(s)

The Trustee made the following requests <u>at least 30 days</u> prior to the filing date of the instant motion :

1. Schedule I reflects debtor's current monthly income of $12,222.52. Trustee is in receipt of the debtor's payment advices which reflect average income of approximately $12,401.32. Trustee requested the debtor file an amended Schedule I which accurately reflects the debtor's average monthly income from employment or in the alternative, a detailed declaration explaining the discrepancy. The debtor has failed to file the amended Schedule I and has failed to file the requested declaration.

2. Schedule I reflects debtor's non-filing spouse's current monthly income of $7,693.08. Trustee is in receipt of the debtor's non-filing spouse's payment advices which reflect average income of approximately $8,060.00. Trustee requested the debtor file an amended Schedule I which accurately reflects the debtor's non-filing spouse's average monthly income from employment or in the alternative, a detailed declaration explaining the discrepancy. The debtor has failed to file the amended Schedule I and has failed to file the requested declaration.

3. Question 13 of Form 122C-1 provides for a marital adjustment in the amount of $1,980.00. Trustee requested verification of this adjustment. The debtor has failed to provide the requested verification.

4. The debtor has included an expense of $1,147.42 in question 10 of Form 122C-2. Trustee requested a declaration and verification regarding the debtor's qualifications for this additional expense. The debtor has failed to provide the requested declaration and verification.

5. The debtor has included an expense of $1,293.04 for Involuntary Deductions in question 17 of Form 122C-2. Trustee requested a declaration and verification regarding the debtor's qualifications for this additional expense. The debtor has failed to provide the requested declaration and verification.

6. The debtor has included an expense of $1,299.58 for qualified retirement deductions in question 41 of Form 122C-2. Trustee requested a declaration and verification regarding the debtor's qualifications for this additional expense. The debtor has failed to provide the requested declaration and verification.

7. Question 3 of the Statement of Financial Affairs indicates the debtor lived in a community property state within the last 8 years; however, question 2 of Schedule H fails to reflect this information. Trustee requested an amended Schedule H. The debtor has failed to file the requested document.

8. Schedule J lists $780.00 for separate expenses for the debtor's non-filing spouse. Trustee requested verification of the debtor's non-filing spouse's monthly expenses along with an explanation as to why the debtor believes she has no community interest in such debt. The debtor has failed to provide the requested verification and explanation for the non-filing spouse's separate expenses.

9. Schedule J lists a monthly expense for estimated tax payments for future payments in the amount of $2,480.17. Trustee requested verification of said expense. The debtor has failed to provide the requested verification.

10. At the 341 Meeting of Creditors, the Trustee requested the following documentation: amended schedules to list refund of $1,000.00 by Consolidating Co – Spring Legal Group. The debtor has failed to provide the requested documentation.