

**Signed and Filed: February 17, 2023**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

1 DAVID BURCHARD
2 CHAPTER 13 STANDING TRUSTEE
  P.O. BOX 8059
3 FOSTER CITY, CA 94404
  (650)345-7801 FAX(650)345-1514
4 (707)544-5500 FAX(707)544-0475
5
6
7
8
              **UNITED STATES BANKRUPTCY COURT**
9             **NORTHERN DISTRICT OF CALIFORNIA**
10
11 **In re:**                        Case No.: 22-30385 DM
                                     Chapter 13
12 ANDRELYN SALISE OSTREA
13                                   <u>HEARING HELD</u>
                                     Date: February 15, 2023
14                                   Time: 10:10 am
                                     VIA TELE/VIDEO CONFERENCE
15
16                       **ORDER OF DISMISSAL**

17     On January 11, 2023, DAVID BURCHARD, Chapter 13 Trustee,
18 filed a Motion to Dismiss case.
19     The Court finds that notice of the motion upon Debtor(s)
20 and counsel was proper.
21     After noticed hearing of said motion on February 15, 2023,
22 and for the reasons stated on the record, the Court hereby
23 grants the Trustee's Motion to Dismiss.
24     THEREFORE IT IS ORDERED that the Debtor(s)' proceedings
25 herein be DISMISSED, and that any restraining orders heretofore
26 issued be dissolved.  The Chapter 13 Trustee shall submit at a
27 later date his Trustee's Final Report for approval by the court.
28                       **\*\*END OF ORDER\*\***

## COURT SERVICE LIST

ANDRELYN SALISE OSTREA
21 PACIFIC BAY CIRCLE, #103
SAN BRUNO, CA 94066